

FILED

MAR 2 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| INTERLEASE, Inc., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOCIALIST PEOPLE'S LIBYAN )<br>ARAB JAMAHIRIYA, *et al.*, )<br>)<br>Defendants. )<br>) | Case: 1:08-cv-00530<br>Assigned To : Kennedy, Henry H.<br>Assign. Date : 3/27/2008<br>Description: General Civil |

## CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned counsel of record for Interlease, Inc., certify that to the best of my knowledge and belief, Interlease, Inc. has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that the judges of this court may determine the need for recusal.

Date: March 27, 2008

Respectfully submitted,

Stuart H. Newberger, D.C. Bar No. 294793
Laurel Pyke Malson, D.C. Bar No. 317776
Michael L. Martinez, D.C. Bar No. 347310
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500

Counsel for Plaintiff

3